UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL ACTION** |
| | **NO. 5:14-cr-00108—KKC-REW-1** |
| Plaintiff, | |
| V. | **ORDER** |
| **JAKEY HEATH WEBER,** | |
| Defendant. | |

This matter is before the Court on the recommended disposition of United States Magistrate Judge Robert E. Wier concerning defendant Jakey Heath Weber's reported violations of supervised release conditions. (DE 51). Upon referral (DE 46), Magistrate Judge Wier held a final revocation hearing (DE 49) and issued a recommendation (DE 51).

Weber has waived his right to appear before a district judge and to make a statement and present information in mitigation. (DE 52). In his waiver, Weber stated that if the United States objected to the recommended disposition, or if the Court determined not to adopt the recommended disposition, he would withdraw his waiver. (DE 52-1). The United States did not object to Magistrate Judge Wier's recommended disposition.

Accordingly, and with the Court otherwise being sufficiently advised, it is hereby **ORDERED** that the recommended disposition (DE 51) is **ADOPTED** as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated September 14, 2017.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY